```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2025
```

**MEMORANDUM ENDORSEMENT**

Buxbaum v. Shtabsky et al.

25-cv-368-NSR

The Court is in receipt of *pro se* Plaintiff's notice of motion filed May 8, 2025, requesting an order "directing the Defendant Alexander Shtabsky and Defendant Marina Shtabsky to vacate the Plaintiff's Michael Buxbaum's real estate property" (ECF No. 27) (attached hereto). The Court is also in receipt of *pro se* Plaintiff's pre-motion conference letter filed May 28, 2025, requesting a pre-motion conference related to the same (ECF No. 37) (attached hereto).

The Court DENIES *pro se* Plaintiff's request for a pre-motion conference without prejudice to renew for failure to follow the Court's Individual Rules of Practice. Pursuant to the Court's Individual Rules of Practice 3(A)(ii), *pro se* Plaintiff is required to file a letter that sets forth the basis for the anticipated motion. *Pro se* Plaintiff has failed to do so. *Pro se* Plaintiff states only "a request is being made for a pre-motion conference with the Court for a motion to be filed ORDERING Defendant Defendant Alexander Shtabsky and Defendant Marina Shtabsky to vacate the premises located at 27A Heritage Drive, New City, NY 10956 Defendant Alexander Shtabsky and Defendant Marina Shtabsky to make payment of $550,000 treble damages payment to Plaintiff Michael Buxbaum in violation of the False Claims Act and for an ORDER for Defendant Alexander Shtabsky and Defendant Marina Shtabsky to pay Plaintiff $20,000 civil penalty." (ECF No. 37.)

The Clerk of Court is directed to terminate the motion at ECF No. 27 and to mail a copy of this endorsement to *pro se* Plaintiff at his address as it is listed on ECF and to show service on the docket.

**Dated: June 2, 2025**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum, )
      Plaintiff )

   -against- )    Docket No. 7:25-cv-00368

Alexander Shtabsky and Marina Shtabsky
      Defendant )
) **Notice of Motion**

[RECEIVED MAY 09 2025 PRO SE OFFICE stamp]

PLEASE TAKE NOTICE that upon the Pleadings and Affidavit of Plaintiff Michael Buxbaum filed with the court on May 5, 2025 Plaintiff Michael Buxbaum will move before this Court at United States District Court Southern District of New York at 500 Pearl Street in the City of New York, County of New York, and State of New York on May 28, 2025 or soon thereafter for the granting of the Plaintiff's Michael Buxbaum's motion for an ORDER directing the Defendant Alexander Shtabsky and Defendant Marina Shtabsky to vacate the Plaintiff's Michael Buxbaum's real estate property located at 27-A Heritage Drive, New City, New York 10956 and for an ORDER directing Defendant Alexander Shtabsky and Defendant Marina Shtabsky to pay Plaintiff Michael Buxbaum $550,000 for damages and a $10,000 civil penalty for previously making fraudulent communications for money and making False Claims to the United States Federal Government for money and spending such money fraudulently in violation of U.S. Code Title 31 Subtitle III Chapter 37, Subchapter III § 3729 False Claims Act.

Plaintiff Michael Buxbaum _____






Michael Buxbaum
7491 N Federal Hwy 125
Boca Raton, Florida 33487

May 28, 2025

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Michael Buxbaum v Alexander Shtabsky and Marina Shtabsky
Docket No. 7:25-cv-00368

To United States District Court Judge Nelson S. Román:

A request is being made per your court's Individual Practices in Civil Cases for a pre-motion court conference to be scheduled for the Plaintiff to have permission to file a motion seeking an ORDER for Defendant Alexander Shtabsky and Defendant Marina Shtabsky to vacate the premises located at 27A Heritage Drive, New City, NY 10956 and for an ORDER for Defendant Alexander Shtabsky and Defendant Marina Shtabsky to make payment of $550,000 treble damages payment to Plaintiff Michael Buxbaum in violation of the False Claims Act and for an ORDER for Defendant Alexander Shtabsky and Defendant Marina Shtabsky to pay Plaintiff $20,000 civil penalty.

From: Michael Buxbaum, Pro Se Litigant

*[signature]*